# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00006-CV

**In re Wesley Perkins**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: January 9, 2020